| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature

X _J. Larson_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
8/7

1. Article Addressed to:

USAA Ins. Agency Inc.
C/o The Corporation Co.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:06cv676-ID

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
(Transfer from service label)   7004 1160 0002 5799 1697

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540