IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSALYN KENDALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv676-ID |
| | ) |
| USAA INSURANCE AGENCY, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon CONSIDERATION of Defendant's motion to dismiss (Doc. No. 6), filed August 30, 2006, it is ORDERED that Plaintiff show cause, if any there be, on or before September 13, 2006, why said motion should not be granted.

DONE this 30th day of August, 2006.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE