**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROSALYN KENDALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.: 2:06 CV 676-ID** |
| | ) | |
| **USAA INSURANCE AGENCY, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

COMES NOW the Plaintiff, in response to the Defendant's Motion to Dismiss, states and shows as follows:

1.  In light of the Defendant's motion and *Bitinas v. Roback*, 2005 W.L. 327137 (D.Conn.2005), setting forth that the Defendant is a citizen of each and every state in which it has a member, the Plaintiff respectfully requests that this Court dismiss this action without prejudice, with leave to re-file in state court.

       /s/ Lindsey O. Hill
       Richard F. Horsley (HOR023)
       Lindsey O. Hill (HIL055)
       Attorneys for Plaintiff

**OF COUNSEL:**
**GOOZÉE, KING & HORSLEY**
**Shades Brook Bldg., Ste. 200**
**3300 Cahaba Road**
**Birmingham, Alabama 35223**
**(205) 871-1310**
**(205) 871-1370**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2006, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

W. Evans Brittain
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama 36102-2148
<u>ebrittain@ball-ball.com</u>

<u>    /s/ Lindsey O. Hill            </u>
Richard F. Horsley
Lindsey O. Hill
Attorneys for Plaintiff